| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br>Court Address:   270 South Tejon Street<br>                         Colorado Springs, CO 80903<br>Phone Number:   (719) 448-7700<br><br>**Plaintiff:** SUE ANN FREEBURG<br><br>v.<br><br>**Defendant:** FOUNTAIN-FT. CARSON SCHOOL DISTRICT #8<br>Attorney:   Hollie L. Wieland<br>                 Sears & Swanson, P.C.<br>                 2 North Cascade Ave., #1250<br>                 Colorado Springs, CO 80903<br>Phone Number:   (719) 471-1984<br>Fax Number:     (719) 577-4356<br>E-mail:              hollie@searsandswanson.com<br>Atty. Reg. #:      22024 | ▲ COURT USE ONLY ▲<br><br>Case No.: 07CV1904<br><br>Div.:   18 |
| **SUMMONS** | |

**The People of the State of Colorado**
**To the Defendant(s) named above:**   FOUNTAIN FT CARSON SCHOOL DISTRICT #8

   YOU ARE SUMMONED and required to file with the clerk of this court an answer or other response to the attached Complaint and Jury Demand within twenty (20) days after this summons is served on you in the State of Colorado, or within thirty (30) days after this summons is served on you outside the State of Colorado.

   If you fail to file your answer or other response to the Complaint and Jury Demand in writing within the applicable time period, judgement by default may be entered against you by the court for the relief demanded in the complaint, without any further notice to you.

Dated: March 29, 2007

_____
Hollie L. Wieland, #22024
**Attorney for Plaintiff**

1