| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address: 270 South Tejon Street<br>Colorado Springs, CO 80903<br>Phone Number: (719) 448-7700 | |
| **Plaintiff:** SUE ANN FREEBURG<br><br>v.<br><br>**Defendant:** FOUNTAIN-FT. CARSON SCHOOL DISTRICT #8 | ▲ COURT USE ONLY ▲ |
| Attorney: Hollie L. Wieland<br>Sears & Swanson, P.C.<br>2 North Cascade Ave., #1250<br>Colorado Springs, CO 80903<br>Phone Number: (719) 471-1984<br>Fax Number: (719) 577-4356<br>E-mail: hollie@searsandswanson.com<br>Atty. Reg. #: 22024 | Case No.: 07CV1904<br><br>Div.: 18 |
| **WAIVER AND ACCEPTANCE OF SERVICE** | |

STATE OF COLORADO      )
                       ) ss.
COUNTY OF Denver       )

I, Bruce Anderson, being duly sworn, state:

1. I am an attorney licensed to practice law in the State of Colorado and represent Fountain Ft.Carson School District #8. I am authorized to accept service of the Summons, Complaint and Jury Demand and Civil Coversheet.

2. I received a copy of the Summons, Complaint and Jury Demand and the Civil Coversheet on April 2, 2007.

3. I, Bruce Anderson, on behalf of Fountain Ft.Carson School District #8, accept service in this manner, and waive any other form of service of the Summons, Complaint and Jury Demand and Civil Coversheet in the matter above.

Dated: 4-16-07

Bruce Anderson

1

Subscribed and sworn to before me this 16th day of April, 2007 by Bruce Anderson.

Witness my hand and official seal.

My commission expires: Sept 7, 2009

(SEAL)

Judith Romano
Notary Public