Electronically Filed
4-26-07  8:54am

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO<br>270 South Tejon Street<br>Colorado Springs, Colorado 80903<br>Main Clerk's #: 719.448.77.00<br><br>SUE ANN FREEBURG,<br>Plaintiff,<br><br>v.<br><br>FOUNTAIN-FORT CARSON SCHOOL DISTRICT #8,<br>Defendant.<br><br>Attorney:<br>Bruce Anderson<br>Stettner Miller, P.C.<br>1050 17th Street<br>Suite 700<br>Denver, Colorado 80265-2008<br>303.534.0273<br>303.534.5036<br>Email: banderson@stetmil.com<br>Atty. Reg. # 7256 | ☐COURT USE ONLY☐<br><br>Case No.: 2007CV1904<br><br>Div.: 18<br>Ctrm: |

**NOTICE OF FILING NOTICE OF REMOVAL**

In compliance with 28 U.S.C. § 1446(d), Defendant Fountain-Fort Carson School District #8, notifies the El Paso District Court that Defendant has filed a Notice of Removal of the above-styled case in the United States District Court for the District of Colorado. A copy of the Notice of Removal is attached as Exhibit A.

DATED April 26, 2007

                        Respectfully submitted,
                        Stettner Miller, P.C.

                        /s/Bruce Anderson
                        Bruce Anderson

This document was filed electronically pursuant to C.R.C.P § 1-26. The original Document is on file at the offices of Stettner Miller, P.C.

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, a true and correct copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL, was furnished to CourtLink, who will provide a copy, via electronic mailing or U.S. Mail, to the following:

>Alfred A. Arraj
United States District Courthouse
Main Clerk
901 19th Street
Room A 105
Denver, Colorado 80294-3589                *Mailed*

Hollie L. Wieland, Esq.
Sears & Swanson, P.C.
2 North Cascade Avenue
Suite 1250
Colorado Springs, Colorado 80903           *email*

Fountain-Fort Carson School District #8
425 West Alabama Avenue
Fountain, Colorado 80817-1703              *mailed*

/s/Judy Romano
For Stettner Miller, P.C.

This document was filed electronically pursuant to C.R.C.P § 1-26. The original Document is on file at the offices of Stettner Miller, P.C.

H:\BRUCE\FOUNTAIN FT CARSON\FREEBURG\PLDS\Not of Filg Not of Rmvl.doc