IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER:

SUE ANN FREEBURG,

Plaintiff,

v.

FOUNTAIN-FORT CARSON SCHOOL DISTRICT #8,

Defendant.

---

NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Fountain-Fort Carson School District # 8, removes to this Court the above-captioned state court civil action pending in the District Court for the County of El Paso, Colorado.  The grounds for this removal are as follows:

1.   Plaintiff Sue Ann Freeburg ("Freeburg") served Defendant Fountain-Fort Carson School District #8 with a Summons and Complaint and Jury Demand, filed in the District Court for the County of El Paso, Colorado.  Defendant accepted service of the Summons and Complaint on April 16, 2007.

2.   Freeburg's First and Second claims for relief in the Complaint assert federal questions under 42 U.S.C. § 2000(e) and 29 U.S.C. § 621.

**EXHIBIT A**

     3.    Freeburg's assertion of claims for relief under federal statutes invokes the original jurisdiction of this Court under 28 U.S.C. § 1331.  Removal is proper pursuant to 28 U.S.C. § 1441(b).

     4.    Venue is proper in this district under 28 U.S.C. § 1391(b), because all of the alleged events giving rise to Britton's claims occurred in this district.

     5.    This notice of removal is being filed with this Court on a timely basis pursuant to 28 U.S.C. § 1446(b).

     6.    Pursuant to 28 U.S.C. § 1446(d), this notice of removal has been served upon Freeburg and will be promptly filed in state court.

     7.    Pursuant to 28 U.S.C. § 1446(a), Defendant has attached copies of the Summons and Complaint and Jury Demand, which are the only pleadings and papers that have been served upon Defendant in the state court action to date.

     8.    No hearings or other motions are currently pending in the state court action.

DATED April 26, 2007

                              Respectfully submitted,
                              Stettner Miller, P.C.

                              /S/Bruce Anderson
                              Bruce Anderson
                              1050 17th Street
                              Suite 700
                              Denver, Colorado 80265-2008
                              303.534.0273
                              303.534.5036(facsimile)
                              e-mail: banderson@stetmil.com

                          CERTIFICATE OF SERVICE

I certify that on April 26, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hollie L. Wieland, Esq. - E-mail: hollie@searsandswanson.com

and I certify that I have mailed or served the foregoing document, via U.S. Mail on April 26, 2007 to:

    El Paso District Court
    Clerk
    270 South Tejon Street
    Colorado Springs, Colorado 80903

    Fountain Fort Carson School District #8
    425 West Alabama Avenue
    Fountain, Colorado 80817-1703

                                s/Judy Romano
                              Judy Romano
                              Stettner Miller, P.C.
                              1050 Seventeenth Street
                              Suite 700
                              Denver, Colorado 80265-2008
                              303.534.0273
                              303.534.5036(facsimile)
                              e-mail: jromano@stetmil.com

H:\BRUCE\FOUNTAIN FT CARSON\FREEBURG\PLDS\notice of removal.doc