# SUPPLEMENTAL CIVIL COVER SHEET FOR
# NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446-47 and D.C.Colo.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

| Section A – Plaintiffs | Section B – Defendants |
|---|---|
| Plaintiffs remaining in action at the time of Filing the notice of removal | Defendants remaining in action at the time of filing the notice of removal |
| SUE ANN FREEBURG | FOUNTAIN-FORT CARSON SCHOOL DISTRICT # 8 |

Section C – Pending Motions
  As of Date of Removal
    Title of Motion                                        Date Motion Filed:

1) None
2)
3)
4)
(Use reverse for additional information if necessary)

Section D – Hearings

Are hearings set on any motions? If yes, please
List motion, date of hearing, and the assigned judge:

No

/s/Bruce Anderson
Signature of Attorney for Removing Party
Telephone Number: 303.534.0273
Date: April 26, 2007

State Court Case No. 2007 CV 1904

(Rev.04/06/06)