07 - CV - 00862

```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX000946
Cashier ID: sg
Transaction Date: 04/26/2007
Payer Name: STETTNER MILLER
------------------------------------
CIVIL FILING FEE
 For: STETTNER MILLER
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

07-CV-00862


A fee of $45.00 will be assessed on
any returned check.
```