IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00862-RPM

SUE ANN FREEBURG,

    Plaintiff,

v.

FOUNTAIN - FT.CARSON SCHOOL DISTRICT #8,

    Defendant.

---

ORDER GRANTING JOINT UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

Upon consideration of the parties' Joint Unopposed Motion to Amend Scheduling Order [Doc. # 9] filed on January 3, 2008, it is

ORDERED that the motion is granted.

DATED: January 4, 2008

BY THE COURT:

Senior District Judge Richard P. Matsch