IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 2007-CV-00862 RPM-BNB

SUE ANN FREEBURG,

        Plaintiff,

v.

FOUNTAIN - FORT CARSON SCHOOL DISTRICT # 8

        Defendant.
_____

      ORDER RE: UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER
_____

      THIS MATTER, coming to be heard pursuant to the Parties'

Unopposed Motion to Amend the Scheduling Order and the Court

being fully advised, it is

      ORDERED the Scheduling Order is amended to reflect April 18,

2008, as the date for filing dispositive motions.

      DATED this 4th day of February, 2008.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge