THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     07-cv-00862-RPM

SUE ANN FREEBURG,

       Plaintiff,

vs.

FOUNTAIN - FT.CARSON SCHOOL DISTRICT #8,

       Defendant.

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the Joint Motion to Amend Scheduling Order [14] filed on March 6, 2008, it is

ORDERED that the Scheduling Order of July 19, 2007, is amended as follows:

| | |
|---|---|
| Discovery cut off | April 17, 2008 |
| Dispositive motion deadline | May 19, 2008 |

DATED: March 6th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge