THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00862-RPM

SUE ANN FREEBURG,

    Plaintiff,

vs.

FOUNTAIN - FT.CARSON SCHOOL DISTRICT #8,

    Defendant.

## ORDER REGARDING JOINT MOTION TO AMEND SCHEDULING ORDER

The Parties having moved to amend the Scheduling Order in this case, and the Parties being in agreement, and good cause therefor having been shown,

IT IS HEREBY ORDERED that the Scheduling Order of July 19, 2007, is amended as follows:

    Discovery cut off    April 24, 2008

    Dispositive motion deadline    May 26, 2008

DATED THIS 10th day of April, 2008.

    BY THE COURT:

    s/Richard P. Matsch
    _____
    U.S. District Court Judge Richard P. Matsch