IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00862-RPM

SUE ANN FREEBURG,

                Plaintiff,

v.

FOUNTAIN-FT. CARSON SCHOOL DISTRICT #8,

                Defendant.

---

## ORDER DENYING SUMMARY JUDGMENT

---

Sue Ann Freeburg was born on August 21, 1943. She started teaching at Abrams Elementary School in Fountain-Ft. Carson School District #8 in 1976 and became assistant principal at that school in September, 2001. The principal, Dr. Precious Broadnax resigned her position in July, 2005. Henry Gonzales, Executive Director of Human Resources for the District informed Ms. Freeburg on July 18, 2005, that there was an opening for the position of interim principal and expressed the hope that she would apply. The Superintendent, Dwight Jones, sent a letter to the staff on July 19, 2005, informing of the resignation and that the District was posting the vacancy as a one-year interim position. The closing date for applications was set as July 25, 2005, with the expectation that the appointment would be made by August 1, 2005.

After review of the more than 25 applications received, eight were invited for interviews by Assistant Superintendent of Curriculum Mike Miles, Assistant Superintendent of Business Cheryl Walker, Assistant Superintendent of Support

Services Dr. Dave Roudebush, Executive Director of Human Resources Henry Gonzales and Executive Director of Special Education Dr. Brian Prinz.

Those interviews were conducted on July 26, 2005. The interviewers selected Ms. Freeburg, Cosette Ortiviz and David Jarboe for interviews by Mike Miles, Superintendent Jones and Tammy Clementi-Watson, Director of Elementary Education. The panel selected Mr. Jarboe who was then recommended by Superintendent Jones to the School Board. He was appointed.

On April 21, 2006, the plaintiff notified the District of her retirement as assistant principal on July 1, 2006. David Jarboe's performance was not acceptable to the District. Janet Liddle, born September 15, 1954, replaced him and received a permanent appointment. Ms. Freeburg claims gender discrimination in violation of title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000(e), *et seq.*, age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, and violations of the Colorado Anti-Discrimination Act, C.R.S. § 24-34-401, *et seq.*

The defendant District moved for summary judgment of dismissal, conceding a *prima facie* case, but claiming as a legitimate non-discriminatory reason that David Jarboe was better qualified for the position based on the interviewing panel's evaluation of the applicant's performance at the second interview.

The plaintiff has made a sufficient showing of pretext to justify submitting the evidence of age discrimination to a jury. The most relevant facts are summarized below, considering the evidence favorably to the plaintiff as required by Rule 56.

David Jarboe was born on February 6, 1964. He was employed as an assistant principal at a middle school in California from 1995 until the 2004-2005 school year when he was hired as assistant principal at the District's Carson Middle School. He did not have elementary school teaching experience.

Under the District's policy for appointment of administrators, the Superintendent had the authority to fill the principal's position by appointment without posting and interviews. Mr. Jones became Superintendent in 2003. Excepting for Ms. Liddle, all elementary school principals employed since then were born after 1956. Five were promoted without posting. Mr. Jones stated reasons for not promoting Ms. Freeburg by direct appointment were based on his subjective perception that there was "some strife" in the school because of Dr. Broadnax and Ms. Freeburg "pushed pretty hard" to improve the achievement that had made Abrams Elementary School a "Blue Ribbon" school. The panelists conducting the second interviews did not preserve their notes of the applicants' responses. David Jarboe's performance as Abrams' principal contradicts the panel's evaluation of his qualifications.

This evidence could support a jury finding of age discrimination. It is not sufficient to support the claim of gender discrimination.

Upon the foregoing, it is

ORDERED, that the defendant's motion for summary judgment is denied.

Dated: November 14th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge