IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00862-RPM

SUE ANN FREEBURG,

    Plaintiff,

vs.

FOUNTAIN-FT. CARSON SCHOOL DISTRICT #8,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

    This Court having determined that this case is now ready to be scheduled for a pretrial conference, it is

    ORDERED that a pretrial conference is scheduled for **January 9, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **December 30, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: November 17th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge