IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00862-RPM

SUE ANN FREEBURG,

        Plaintiff,

v.

FOUNTAIN-FT. CARSON SCHOOL DISTRICT #8,

        Defendant.

---

ORDER DENYING MOTION FOR RECONSIDERATION AND CLARIFICATION OF ORDER ON MOTION FOR SUMMARY JUDGMENT

---

Upon consideration of Defendant's Motion for Reconsideration and Clarification of Order on Motion for Summary Judgment [28], filed on November 24, 2008, it is

ORDERED that the motion is denied.

Dated: November 25th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge