IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-000862-RPM-BNB

SUE ANN FREEBURG,

Plaintiff,

v.

FOUNTAIN - FT. CARSON SCHOOL DISTRICT #8,

Defendant.
___

**ORDER**
___

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 1, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).xsig

Dated April 6, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge