THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00862-RPM-BNB

SUE ANN FREEBURG,

Plaintiff,

vs.

FOUNTAIN - FT.CARSON SCHOOL DISTRICT #8,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
OF CLAIMS WITH PREJUDICE**
_____

**Pursuant to the Stipulated Motion for Dismissal of Claims With Prejudice ("Motion") [49], it is.**

**ORDERED** that Plaintiff's claims in this action are hereby dismissed with prejudice, each party to bear their own costs.

Entered this 10th day of July, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge